UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA v. GEORGE DAVIS
Crim. No. 08-381 (JBS)

PETITION FOR WRIT OF HABEAS CORPUS: Your Petitioner shows that:

1. **George Davis, Inmate Number: 41448-050,** confined in the **Atlantic County Correctional Facility, Mays Landing, New Jersey**

2. Said individual will be required for **Sentencing** at the **United States District Court, Mitchell H. Cohen Federal Courthouse, One John F. Gerry Plaza, Fourth & Cooper Streets, Camden, N.J.** before the **Honorable Jerome B. Simandle,** in the above-captioned matter on **Friday, January 30, 2009,** at **11:00 AM.,** and a Writ of Habeas Corpus should issue for that purpose.

DATED:  January 28, 2009

_____
ALLEN HARBERG
Assistant U. S. Attorney
Petitioner

---

ORDER FOR WRIT: Let the Writ Issue.

DATED:  January 28, 2009

_____
HONORABLE ANN MARIE DONIO
United States Magistrate Judge

---

WRIT OF HABEAS CORPUS: The United States of America to

Warden, New Jersey Department of Corrections, and United States Marshal, District of New Jersey

WE COMMAND YOU that you have the body of **George Davis,** (by whatever name called or charged), now confined in the **Atlantic County Correctional Facility, Mays Landing, NJ,** for **Sentencing, at the United States District Court, Mitchell H. Cohen Federal Courthouse, One John F. Gerry Plaza, Fourth & Cooper Streets, Camden, N.J.** before the **Honorable Jerome B. Simandle,** on **Friday, January 30, 2009,** at **11:00 AM.,** in the above-captioned matter. Immediately upon completion of the proceedings, defendant shall be remanded to the custody of the United States Marshals.

   WITNESS the Honorable Ann Marie Donio, United States Magistrate Judge, at **Camden, NJ.**

DATED:   January 28, 2009

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk